UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

        Plaintiff,

-against-

Robert D. Meland,

        Defendant.

---

7:19-MJ-6053MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on August 16, 2019, accepted the Defendant's pleas of guilty to the charges of Driving While Ability Impaired, in violation of the provisions of New York Vehicle and Traffic Law § 1192.1, and the charge of speeding in violation of New York Vehicle and Traffic Law § 1180, in full satisfaction of the Misdemeanor Complaint filed on June 27, 2019, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Robert D. Meland, is sentenced to:

(1) Ninety (90) days suspension of New York State driving privileges; and

(2) A Conditional Discharge for six (6) months, the conditions of which are:

    (a) continued mental health counseling with monthly progress reports;

    (b) attendance at a session of the Victim Impact Panel on 9/19/2019; and

(3) A fine in the amount of $350.00 for the NY VTL § 1192.1 violation, and $100.00 for the NY VTL § 1180 violation with time to pay White Plains by September 19, 2019, or appear on September 20, 2019, at 9:00 AM to explain why the fine has not been paid; and

(4) Attend a compliance conference on November 22, 2019 at 9 AM.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge